# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Salvador Gonzalez-Sanchez**

Case Number: **2:16CR00065**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **September 1, 2016**

Original Offense: **Deported Alien Found Unlawfully in the United States**

Original Sentence: **366 days custody, followed by 36 Months TSR.**

Date Supervision Commenced: **January 13, 2017**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime** - You must not commit another federal, state or local crime.

    A. On December 12, 2019, Mr. Gonzalez-Sanchez committed the offense of Count One: Give False Information to Public Officer, in violation of NRS 197.190 and Count Two: Driving Without Valid License, in violation of NRS 483.550.

    B. On December 26, 2019, Mr. Gonzalez-Sanchez was taken into custody for an outstanding extraditable warrant for Homicide by the State of California.

RE: Salvador Gonzalez-Sanchez

Prob12C
D/NV Form
Rev. March 2017

2. **Deportation Compliance** - You shall not re-enter the United States without legal authorization.

On December 12, 2019, Mr. Gonzalez-Sanchez was found illegally in the United States after being deported on January 17, 2017.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **January 7, 2020**

Erica L. Denney
2020.01.09
14:44:25 -08'00'

Erica Denney
United States Probation Officer

Approved:

2020.01.08
14:09:29 -08'00'

Joy Gabonia
Supervising United States Probation Officer

---

*THE COURT ORDERS*

☐   No Action.
☒   The issuance of a warrant.
☐   The issuance of a summons.
☐   Other:

Signature of Judicial Officer

January 9, 2020
Date

RE: Salvador Gonzalez-Sanchez

Prob12C
D/NV Form
Rev. March 2017

RE: Salvador Gonzalez-Sanchez

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
# UNITED STATES V. SALVADOR GONZALEZ-SANCHEZ, 2:16CR00065

## SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### January 7, 2020

On September 1, 2016, Salvador Gonzalez-Sanchez was sentenced by Your Honor to 12 months and a day followed by a three (3) year term of supervised release, pursuant to his conviction of Deported Alien Found Unlawfully in the United States. Upon completing his custodial sentence, Mr. Gonzalez-Sanchez was deported from the United States on or about January 17, 2017.

On December 12, 2019, Mr. Gonzalez-Sanchez committed the offense of Count One: Give False Information to Public Officer, in violation of NRS 197.190 and Count Two: Driving Without Valid License, in violation of NRS 483.550.  Additionally, On December 26, 2019, Mr. Gonzalez-Sanchez was taken into custody for an outstanding extraditable warrant for Homicide by the State of California. The undersigned was unable to obtain records regarding Homicide.

Mr. Gonzalez-Sanchez has previously been deported and has again illegally entered the United States on or about December 12, 2019. This probation office respectfully requests that Your Honor issues a warrant in this case, and we further request that he be detained pending his final revocation hearing.

Respectfully submitted,

Erica L. Denney
2020.01.09
15:17:58 -08'00'

Erica Denney
United States Probation Officer

Approved:

2020.01.08
14:10:00 -08'00'

Joy Gabonia
Supervising United States Probation Officer