```
          FILED          RECEIVED
          ENTERED        SERVED ON
                   COUNSEL/PARTIES OF RECORD

          OCT  6 2021

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
          BY:                   DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVADOR GONZALEZ-SANCHEZ,

    Defendant.

Case No. 2:16-CR-00065-GMN-NJK

**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

    I understand that I have a right to appear in person in court at the revocation hearing scheduled for October 6, 2021 at 11:00 a.m. I have been advised of the nature of this proceeding and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

    Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person.

| | |
|---|---|
| /s/ Raquel Lazo for Salvador Gonzalez-Sanchez    10/6/21 | |
| Defendant's Signature     (date) | |
| /s/ Raquel Lazo    10/6/21 | _[signature]_    10/6/21 |
| Signature of Defendant's Attorney (date) | Judge's Signature     (date) |
| Raquel Lazo, AFPD | U.S. District Court Judge |
| Printed Name of Defendant's Attorney | Judge's Printed Name and Title |